1044

[Nos. 41901-3-I; 41949-8-I.   Division One.   December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DUPREE
YOUNG, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KENNY
HUTTON-KATZENBURGER, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 97-8-06018-6, Anthony P. Wartnik, J., entered
December 22, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 41925-1-I.   Division One.   December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-02032-4, John M. Darrah, J., entered
November 6, 1997. *Granted* by unpublished per curiam
opinion. Now published at 95 Wn. App. 12.

[No. 42166-2-I.   Division One.   December 28, 1998.]

ALAN HUA, *Respondent*, v. EDWARD J. YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-29847-4, Sharon S. Armstrong, J., entered
February 2, 1998. *Reversed* by unpublished per curiam
opinion.

[No. 42389-4-I.   Division One.   December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. P.M.J.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-05723-1, Charles V. Johnson, J., entered
March 12, 1998. *Reversed* by unpublished per curiam
opinion.